# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| LINDA BRADSHAW, § § § Plaintiff § § v. § § THE PRUDENTIAL INSURANCE § COMPANY OF AMERICA, § § Defendant. § § | Case No. 1:23-cv-00295 |

## DEFENDANT PRUDENTIAL'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Prudential Insurance Company of America states that it is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

Respectfully submitted,

By: */s/ Esteban Shardonofsky*
Esteban Shardonofsky
sshardonofsky@seyfarth.com
Texas State Bar. No. 24051323
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Attorney for Defendant
The Prudential Insurance Company of America

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the a true and correct copy of the foregoing instrument to be served upon the following counsel of record by the Court's ECF system on this the 3rd day of October, 2023

J. Price McNamara
McNamara Law Offices
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
price@jpricemcnamara.com

*/s/ Esteban Shardonofsky*
Esteban Shardonofsky
*One of the Attorneys for Defendant*
*The Prudential Insurance Company of America*

98669227v.1