## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDA BRADSHAW | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:23-CV-00295 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 7]. The Parties stipulate and agree that this action should be dismissed without prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 8th day of November, 2023.**

Michael J. Truncale
United States District Judge